| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER (323) 452-5600 | FOR COURT USE ONLY |
|---|---|---|
| SRIPLAW<br>8730 Wilshire Boulevard, Suite 350<br>Beverly Hills, CA 90211<br>ATTORNEY FOR   Plaintiff | | |
| CENTRAL DISTRICT, SANTA ANA<br>411 W. Fourth St.<br>Santa Ana, CA 92701 | | |
| SHORT TITLE OF CASE:<br>PLAINTIFF: Voltstar Technologies, Inc. v. DEFENDANT: Spigen Inc | | |
| DATE:       TIME:       DEP./DIV. | | CASE NUMBER:<br>8:23-cv-02101-FWS-DFM |
| **Declaration of Service** | | Ref. No. or File No:<br>5407 |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**

On: **Spigen Inc**

I served the summons at:
**Registered Agent: Dae Young Kim**
**8845 Irvine Center Drive, Irvine, CA, USA  Irvine, CA 92618**

On: **11/14/2023**       Time: **10:40 AM**

In the above mentioned action  by personally serving to and leaving with

**Miho Shibata, People Operations Specialist  - Authorized to Accept Service**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

a. Name: **James E. Voelkl, Jr.**
b. Address: **1801 Parkcourt Place Suite F100, Santa Ana, CA 92701**
c. Telephone number: **714-973-9202**
d. **The fee** for this service was: **99.50**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

James E. Voelkl, Jr.       Date: 11/14/2023