1  FISH & RICHARDSON P.C.
   Rodeen Talebi (SBN 320392)
2  talebi@fr.com
3  633 West Fifth Street, 26th Floor
   Los Angeles, CA 90071
4  Telephone: (213) 533-4240
5
6  *Attorneys for Defendant Spigen Inc.*
7  Matthew L. Rollin (SBN 332631)
   **SRIPLAW, P.A.**
8  8730 Wilshire Boulevard
9  Suite 350
   Beverly Hills, California 90211
10 323.452.5600 – Telephone
11 561.404.4353 – Facsimile
   matthew.rollin@sriplaw.com
12
13 *Counsel for Plaintiff*
14 *Voltstar Technologies, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLTSTAR TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>SPIGEN, INC.<br><br>    Defendant. | Case No. 8:23-cv-02101-AB-DFM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: December 7, 2023<br>Current Response Date: December 28, 2023<br>New Response Date: January 29, 2024 |

-1-

|   |   |
|---|---|
| 1 | IT IS HEREBY STIPULATED AND AGREED, Pursuant to Civil L.R. 8-3, by the undersigned parties through their respective counsel, subject to the approval of the Court, that the time for Defendant Spigen, Inc. ("Defendant") to move, answer, or otherwise respond to Plaintiff Voltstar Technologies, Inc.'s ("Plaintiff") Complaint is extended until January 29, 2024. The reason for this requested extension is to allow counsel for Defendant additional time to investigate the allegations set forth in Plaintiff's Complaint, consult with their client, and consider an appropriate response. No party will be prejudiced by this brief extension. The requested extension should not disrupt the schedule in this case, as a Rule 16 conference has not been set. |

| | | |
|---|---|---|
| 1 | Dated: December 26, 2023 | By: */s/ Rodeen Talebi* |
| 2 | | **FISH & RICHARDSON P.C.** |
| | | Rodeen Talebi (SBN 320392) |
| 3 | | talebi@fr.com |
| 4 | | 633 West Fifth Street, 26th Floor |
| | | Los Angeles, CA 90071 |
| 5 | | Telephone: (213) 533-4240 |

*Attorneys for Defendant Spigen, Inc.*

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
matthew.rollin@sriplaw.com

**SRIPLAW, P. A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA - 90211
323.452-5600 - Telephone
561.404.4353 - Facsimile

*Counsel for Plaintiff*
*Voltstar Technologies, Inc.*